**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON SIMPSON**                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 4:25-CV-00420 JM/PSH**

**COMMISSIONER,**
**Social Security Administration**                          **DEFENDANT**

## ORDER

      The Court has received proposed Findings and Recommendations from Magistrate

Judge Patricia S. Harris.  No objections have been filed.  After careful review, the Court

concludes that the Findings and Recommendations should be, and hereby are, approved and

adopted in their entirety as this Court's findings in all respects.

      IT IS SO ORDERED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE