**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JASON SIMPSON**                                                    **PLAINTIFF**

**VS.**                          **CASE NO. 4:25-CV-00420 JM/PSH**

**COMMISSIONER,**
**Social Security Administration**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE