## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JASON SIMPSON                                                                    **PLAINTIFF**

VS.                              **CASE NO. 4:25-CV-00420 JM/PSH**

COMMISSIONER,
**Social Security Administration**                                               **DEFENDANT**

### <u>ORDER</u>

Pending is Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA) (Doc. No. 18). In his response, the Commissioner (Doc. No. 19) represents that the parties have agreed to an award of attorney's fees in the amount of $7,674.38 (less than the $7,979.83 requested in Plaintiff's motion). After consideration of the motion and supporting documents as well as the response, the Court finds that the agreed sum is reasonable.

Therefore, the Court awards Plaintiff attorney's fees in the sum of $7,674.38 to be paid by the Social Security Administration. The fees are to be paid to Jason Simpson, in care of his attorney Martin W. Long, and mailed to 462 Hollyberry Circle, Hayesville, NC 28904.

IT IS SO ORDERED this 4th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE